UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                       **CASE NO: 6:19-cr-137-Orl-18LRH**

**ANTONIO TORAY CHANDLER**

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation regarding the competency of Defendant Antonio Toray Chandler. Notably, the Court presided over a trial concerning Defendant's co-conspirator, *United States of America v. Benjamin Green Robinson,* Case 6:19-cr-0132-GKS-LRH, and the Court is familiar with the facts of this case. As explicated in the forty-two (42) page Report and Recommendation (Doc. 45), a preponderance of the evidence shows that Defendant "has a rational as well as factual understanding of the proceedings against him, and a sufficient present ability to consult with a lawyer with a reasonable degree of rational understanding." (*Id.* at 1.) After review of the thorough and well-reasoned Report and Recommendation (Doc. 45) and noting that no timely objections have been filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 45) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2

    2. Defendant Antonio Toray Chandler is presently competent to stand trial and/or to enter a plea of guilty.

**DONE** and **ORDERED** in Orlando, Florida, this \_\_26\_\_ day of May, 2020.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record